**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ELLY MARISOL ESTRADA, et al.,

Plaintiffs,

vs.

MARK BECKER, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:16-CV-3310-TWT

**J U D G M E N T**

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of Defendants' Motion to Dismiss the First Amended Complaint, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiffs Elly Marisol Estrada,Salvador Alvarado, and Diana Umana take nothing; that the defendants C. Dean Alford, Mark Becker, W. Paul Bowers, Steve Michael Dorman, Lori Durden, Larry R. Ellis, Rutledge A. Griffin, Jr., C. Thomas Hopkins, Jr., Hank M. Huckaby, James M. Hull, Brooks A. Keel, Donald M. Leebern, Jr., Laura Marsh, Jere W. Morehead, G.P. Bud Peterson, Doreen Stiles Poitevint, Neil L. Pruitt, Jr., Sachin Shailendra, E. Scott Smith, Kessel D. Stelling, Jr., Benjamin J. Tarbutton, III, Richard L. Tucker, Sr., Thomas Rogers Wade, Larry Walker, Don L. Waters, Philip A. Wilheit, Sr. recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 16th day of May, 2017.

JAMES N. HATTEN
CLERK OF COURT and
DISTRICT COURT EXECUTIVE

By: s/Jennifer Lee
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 16, 2017
James N. Hatten
Clerk of Court
By: s/Jennifer Lee
Deputy Clerk