**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ELLY MARISOL ESTRADA, et. al.,<br><br>Plaintiffs,<br>v.<br><br>MARK BECKER, et al.,<br><br>Defendants. | CASE NO.<br><br>1:16-cv-03310-TWT |

**PLAINTIFFS' NOTICE OF APPEAL**

In accordance with Rule 3(a) of the Federal Rules of Appellate Procedure, Plaintiffs ELLY MARISOL ESTRADA, SALVADOR ALVARADO, DIANA UMANA, and the SAVANNAH UNDOCUMENTED YOUTH ALLIANCE appeal to the United States Court of Appeals for the Eleventh Circuit from:

- The ORDER (Dkt. 75) denying as moot Defendants' Motion to Dismiss (Dkt. 30); denying as moot Plaintiffs' Motion for Preliminary Injunction (Dkt. 38); granting Defendants' Motion to Dismiss (Dkt. 52) ; denying Defendants' Motion to Stay (Dkt. 72), as to all Defendants in this matter and

- The Judgment against all Plaintiffs in favor of all Defendants in this matter (Dkt. 76), as to all Defendants.

Jurisdiction is based on 28 U.S.C. § 1291 (granting jurisdiction to the Court of Appeals from "all final decisions of the district courts of the United States").

Respectfully submitted this 13th day of June, 2017.

/s/ Mark Begnaud
Nathanael Horsley
Mark Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Dr.,Bldg 12, Ste 300
Atlanta, GA 30328
T: 770.765.5559
Nhorsley@gacivilrights.com
Mbegnaud@gacivilrights.com

Victor Viramontes*
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
T: 213.629.2512
*vviramontes@maldef.org*

Burth López*
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
1016 16th Street, Suite 100,
Washington, D.C. 20036
T: 202.572.0695
*blopez@maldef.org*

Sarah Schoettle*
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND

11 E. Adams Street, Suite 700
Chicago, IL 60603
T: 312. 427.0701
*sschoettle@maldef.org*

* Admitted *pro hac vice*

## LOCAL RULE 7.1(D) CERTIFICATION

In compliance with Local Rule 7.1.(D), Plaintiffs' counsel certifies that they prepared this brief in compliance with all the formatting requirements of Local Rule 5.1, including using one of the font and point selections approved by the court in Local Rule 5.1(C).

Date: June 13, 2017

/s/ Mark Begnaud
Mark Begnaud

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system and that I served the same on the following by ECF and/or by placing a copy in the United States Mail with adequate postage to ensure delivery:

Deborah Nolan Gore
Attorney General's Office-Atl
40 Capitol Square, SW
Atlanta, GA 30334
404-463-8850
dgore@law.ga.gov

Devon Orland
Office of State Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
404-463-8850
dorland@law.ga.gov

Date: June 13, 2017

/s/ Mark Begnaud
Mark Begnaud