IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELLY MARISOL ESTRADA, et al
Plaintiff

v.

MARK BECKER, et al
Defendants

CIVIL ACTION NO.
1:16cv3310-TWT

# O R D E R

Sarah Schoettle, counsel of record for plaintiffs having moved to withdraw and having complied with the rules of this court in this regard,

IT IS HEREBY ORDERED that counsel for the above-named plaintiffs be allowed to withdraw in this case.

SO ORDERED, this 15th day August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE