**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 04, 2019

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 17-12668-JJ
Case Style: Elly Estrada, et al v. Mark Becker, et al
District Court Docket No: 1:16-cv-03310-TWT

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 17-12668

---

District Court Docket No.
1:16-cv-03310-TWT

ELLY MARISOL ESTRADA,
SALVADOR ALVARADO,
DIANA UMANA,
each an individual,

Plaintiffs - Appellants,

versus

MARK BECKER,
President of Georgia State University, in his individual and official capacity,
STEVE MICHAEL DORMAN,
President of Georgia College and State University, in his individual and official capacity,
BROOKS A. KEEL,
President of Augusta University, in his individual and official capacity,
JERE W. MOREHEAD,
President of the University of Georgia, in his individual and official capacity,
G. P. BUD PETERSON,
President of the Georgia Institute of Technology, in his individual and official capacity, et al.,

Defendants - Appellees.

---

Appeal from the United States District Court for the
Northern District of Georgia

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 06, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark

ISSUED AS MANDATE 04/04/2019